United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 19-14848-amc
Clyde Martin, Jr.                                                Chapter 13
Gwendolyn M. Martin
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa              Page 1 of 1           Date Rcvd: Aug 20, 2019
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.
```
db/jdb        +Clyde Martin, Jr.,   Gwendolyn M. Martin,   437 W. Roosevelt Boulevard,
                Philadelphia, PA 19120-4148
               Matt Shelak, CEO,   Roxborough Memorial Hospital,   5800 Ridge Avenue,
                Philadelphia, PA  19128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:
```
              MICHAEL A. CATALDO2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :    Chapter 13

Clyde & Gwendolyn M. Martin
    (DEBTOR)                        :    Bankruptcy No. 19-14848AMC13

## O R D E R

AND NOW, this 20th day of August, 2019 upon consideration of Debtor's Motion to Avoid Judicial Lien of **Roxborough Memorial Hospital**, and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien of Roxborough Memorial Hospital pursuant to Philadelphia Municipal Court action SC-11-09-27-6503 entered on January 31, 2012 upon Debtor's residence 437 W. Roosevelt Blvd. Philadelphia, PA is avoided pursuant to 11 USC 522 (d) (1) upon Discharge.

By the Court:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE