United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 19-14848-amc
Clyde Martin, Jr.                                         Chapter 13
Gwendolyn M. Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa            Page 1 of 2            Date Rcvd: Aug 20, 2019
                              Form ID: pdf900       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
```
db/jdb         +Clyde Martin, Jr.,    Gwendolyn M. Martin,    437 W. Roosevelt Boulevard,
                 Philadelphia, PA 19120-4148
14366992      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    PO Box 5010,
                 Woodland Hills, CA 91365)
14366993       Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
14366995      #+Central Fnl Control,    Po Box 66044,    Anaheim, CA 92816-6044
14367003       +Einstein Medical Center,    PO Box 785371,    Philadelphia, PA 19175-0001
14367005       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14367006       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14367007        Grimley Financial Corporation,    30 Washington Drive,    Suite C6,   Haddonfield, NJ 08033-3341
14367010       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14367009       +Kevin Parker, Esquire,    1528 Walnut Street,    # 2000,   Philadelphia, PA 19102-3613
14367011       +Lewiis Trauffer, Esq.,    1601 Market Street,    Suite 2300,   Philadelphia, PA 19103-2306
14367014       +MRS BPO,   Attn: Bankruptcy,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14367012       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
14367013       +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
14367016        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,   P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14367018       +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14367020        Roxborough Memorial Hospital,    5800 Ridge Avenue,    Philadelphia PA 19128
14367021       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14370313       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14373540        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2019 03:16:59
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14366994        E-mail/Text: clientrep@capitalcollects.com Aug 21 2019 03:11:24       CCS,    Attn: Bankruptcy,
                 PO Box 150,   West Berlin, NJ 08091
14366998        E-mail/Text: megan.harper@phila.gov Aug 21 2019 03:11:01       City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14367000        E-mail/Text: megan.harper@phila.gov Aug 21 2019 03:11:01       City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,   Philadelphia, PA 19102
14366996       +E-mail/Text: ecf@ccpclaw.com Aug 21 2019 03:10:24       Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
14366999       +E-mail/Text: bankruptcy@philapark.org Aug 21 2019 03:11:15       City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
14367002       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 21 2019 03:11:22
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
14367004       +E-mail/Text: tropiann@einstein.edu Aug 21 2019 03:10:29       Einstein Practice Plan,
                 PO Box 8500-8735,    Philadelphia, PA 19178-0001
14367008        E-mail/Text: cio.bncmail@irs.gov Aug 21 2019 03:10:26       I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14367015       +E-mail/Text: Bankruptcies@nragroup.com Aug 21 2019 03:11:24       National Recovery Agency,
                 Attn: Bankruptcy,    PO Box 67015,    Harrisburg, PA 17106-7015
14367017        E-mail/Text: bankruptcygroup@peco-energy.com Aug 21 2019 03:10:28       Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14367019       +E-mail/Text: bankruptcy@philapark.org Aug 21 2019 03:11:15       Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14366997*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,    Philadelphia, PA 19102-3518
14367001*      +City of Philadelphia,    Parking Violations Branch,    PO Box 41819,
                 Philadelphia, PA 19101-1819
14367022      ##+Tsi/09,    507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Lisa                 Page 2 of 2                  Date Rcvd: Aug 20, 2019
                              Form ID: pdf900            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
          MICHAEL A. CATALDO2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Clyde & Gwendolyn M. Martin | | |
| (DEBTOR) | : | Bankruptcy No. 19-14848AMC13 |

**O R D E R**

AND NOW upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362 (c)(3)(B) ("the Motion") and there being no opposition to the motion,

It is hereby **ORDERED** that:

1. The Motion is Granted.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: August 20, 2019

By the Court:

Hon. Ashely M. Chan
U.S. Bankruptcy Judge