# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-14848-AMC

CLYDE MARTIN, JR.
GWENDOLYN M. MARTIN
437 W. ROOSEVELT BOULEVARD

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CLYDE MARTIN, JR.
    GWENDOLYN M. MARTIN
    437 W. ROOSEVELT BOULEVARD

    PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                /S/ William C. Miller

Date: 1/2/2020                          _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee