UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
    Clyde & Gwendolyn M. Martin          :
                                           Debtor    :        Bankruptcy No.    19-14848AMC13

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael A. Cataldo, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on January 28, 2020, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on February 25, 2020, at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before February 17, 2020.

Date: January 28, 2020

                                                        Honorable Ashely M. Chan
                                                        United States Bankruptcy Judge

cc:   Cibik & Cataldo, PC
      1500 Walnut St. Suite 900
      Philadelphia, PA 19102

      Clyde & Gwendolyn M. Martin
      437 W. Roosevelt Boulevard
      Philadelphia, PA 19120

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 1229
      Philadelphia, PA 19105