United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14848-amc
Clyde Martin, Jr.                                                         Chapter 13
Gwendolyn M. Martin
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia              Page 1 of 2            Date Rcvd: Jan 29, 2020
                            Form ID: pdf900             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
```
db/jdb         +Clyde Martin, Jr.,    Gwendolyn M. Martin,    437 W. Roosevelt Boulevard,
                 Philadelphia, PA 19120-4148
14366992      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,     Attn: Bankruptcy,    PO Box 5010,
                 Woodland Hills, CA 91365)
14366993       Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
14367003      +Einstein Medical Center,    PO Box 785371,    Philadelphia, PA 19175-0001
14367005      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14367006      +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14367007      #Grimley Financial Corporation,    30 Washington Drive,    Suite C6,    Haddonfield, NJ 08033-3341
14367010      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14367009      +Kevin Parker, Esquire,    1528 Walnut Street,    # 2000,    Philadelphia, PA 19102-3613
14367011      +Lewiis Trauffer, Esq.,    1601 Market Street,    Suite 2300,    Philadelphia, PA 19103-2306
14378548      +MIDFIRST BANK,    C/O Rebecca A. Solarz, Esq.,    KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14367014      +MRS BPO,    Attn: Bankruptcy,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14403754      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14367012      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
14367013      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
14367016       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14367018      +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14402362      +Roxborough Memorial Hospital,    c/o Tabas & Rosen PC,    1601 Market Street Suite 2300,
                 Philadelphia, PA 19103-2306
14367020       Roxborough Memorial Hospital,    5800 Ridge Avenue,    Philadelphia PA 19128
14367021      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14370313      +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2020 03:27:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2020 03:27:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14373540       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:33:58
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14366994      +E-mail/Text: clientrep@capitalcollects.com Jan 30 2020 03:27:46     CCS,    Attn: Bankruptcy,
                 PO Box 150,    West Berlin, NJ 08091-0150
14366998       E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:38     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14367000       E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:38     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14366996      +E-mail/Text: ecf@ccpclaw.com Jan 30 2020 03:27:06     Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
14366999      +E-mail/Text: bankruptcy@philapark.org Jan 30 2020 03:27:43     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
14458557      +E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:38
                 City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14367002      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 30 2020 03:27:43
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
14367004      +E-mail/Text: tropiann@einstein.edu Jan 30 2020 03:27:14     Einstein Practice Plan,
                 PO Box 8500-8735,    Philadelphia, PA 19178-0001
14367008       E-mail/Text: cio.bncmail@irs.gov Jan 30 2020 03:27:10     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14367015      +E-mail/Text: Bankruptcies@nragroup.com Jan 30 2020 03:27:45     National Recovery Agency,
                 Attn: Bankruptcy,    PO Box 67015,    Harrisburg, PA 17106-7015
14367017       E-mail/Text: bankruptcygroup@peco-energy.com Jan 30 2020 03:27:12     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14367019      +E-mail/Text: bankruptcy@philapark.org Jan 30 2020 03:27:43     Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14413854      +E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:38     Water Revenue Bureau,
                 Pamela Elchert Thurmond,    Tax & Revenue Unit,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1613
                                                                                             TOTAL: 17
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Jan 29, 2020
                              Form ID: pdf900             Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14366997*       +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
14367001*       +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
14402364*       +Roxborough Memorial Hospital c/o Tabas & Rosen PC,   1601 Market Street Suite 2300,
                  Philadelphia, PA 19103-2306
14402363*       +Roxborough Memorial Hospital c/o Tabas & Rosen PC,   1601 Market Street, Suite 2300,
                  Philadelphia, PA 19103-2306
14366995       ##+Central Finl Control,   Po Box 66044,   Anaheim, CA 92816-6044
14367022       ##+Tsi/09,   507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                               TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              MICHAEL A. CATALDO2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Clyde & Gwendolyn M. Martin | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-14848AMC13 |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael A. Cataldo, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on January 28, 2020, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on February 25, 2020, at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before February 17, 2020.

Date: January 28, 2020

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    Cibik & Cataldo, PC
1500 Walnut St. Suite 900
Philadelphia, PA 19102

Clyde & Gwendolyn M. Martin
437 W. Roosevelt Boulevard
Philadelphia, PA 19120

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105