# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Clyde Martin, Jr. | | |
| Gwendolyn M. Martin | | |
| DEBTOR | : | BKY. NO. 19-14848AMC13 |

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

Respectfully Submitted,

Date: February 13, 2020

_____s/_____
MICHAEL A. CATALDO, ESQUIRE
CIBIK & CATALDO, P.C.
1500 WALNUT STREET, STE. 900
PHILADELPHIA, PA  19102
(215) 735-1060