**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: CLYDE & GWENDOLYN M. MARTIN, Debtor(s). | Case No. 19-14848AMC13  Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __25th__ day of __February__, 20__20__, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,000.00** is allowed and the balance due to counsel in the amount of **$3,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE